IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 12-602 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| JAMES STECKEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

Stanley Moore ("Plaintiff") currently is being held at the Allegheny County Jail in Pittsburgh, Pennsylvania.[1]  Compl. (Doc. 5 at 1).  Plaintiff presumably brings the instant lawsuit pursuant to the Civil Rights Act of 1871, 42 U.S.C § 1981, *et seq.*, claiming violations of his rights under the Fourth and Fourteenth Amendments to the Constitution of the United States.  Id. at 2.  This suit commenced with the receipt of the complaint, along with motion to proceed *in forma pauperis* ("IFP"), on May 7, 2011.  (Doc. 1).  This matter was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrate Judges.

Plaintiff was granted leave to proceed IFP on May 25, 2012.  (Doc. 4).  On that same day, Plaintiff was ordered to provide instructions for service of process on Defendants.  See Text Order of May 25, 2012.  Plaintiff failed to comply with that order and, on June 25, 2012, the magistrate judge issued an order to show cause why this case should not be dismissed.  (Doc. 6).  Plaintiff did not respond to the show cause order.  As a result, the magistrate judge issued a report and recommendation recommending that this case be dismissed.  (Doc. 8).  A copy of the

---

[1] It appears that Plaintiff is a pretrial detainee.  Compl. (Doc. 5 at 1).  However, given the lack of factual allegations in the complaint, his status is far from clear.  See, generally, id.; see also Report (Doc. 8 at 1) (taking note of the sparse allegations in the complaint).

report was mailed to Plaintiff at his address of record, and Plaintiff was given until July 30, 2012, to file objections. As of the date of this writing, no objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the report and recommendation (Doc. 8), the following ORDER is entered:

AND NOW, this 6th day of August, 2012,

IT IS HEREBY ORDERED that this case is DISMISSED.

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (Doc. 8) is adopted as the opinion of this Court.

BY THE COURT:

s/Cathy Bissoon
CATHY BISSOON
UNITED STATES DISTRICT JUDGE

cc:
**STANLEY MOORE**
123638
950 2nd Ave.
Pittsburgh, PA 15219